UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALBERT HODGES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MONIQUE DELEON,<br><br>　　　　　Defendant. | Case No. 1:25-cv-00683-BAM<br><br>ORDER DENYING REQUEST FOR STATUS AND A MEDIATOR<br><br>(Doc. 8) |

Plaintiff James Albert Hodges, a state prisoner proceeding *pro se* and *in forma pauperis*, initiated this civil action on June 5, 2025. (Doc. 1.) Currently before the Court is Plaintiff's request for status and request for a mediator filed on June 20, 2025. (Doc. 8.) For the reasons stated, Plaintiff's request will be denied.

First, Plaintiff is advised that due to the press of business, the Court cannot respond to individual requests for the status of cases, and any such requests will be denied. So long as Plaintiff informs the Court of any address changes in compliance with Local Rule 183(b), the Court will notify Plaintiff of any Court action taken in his case.

Second, Plaintiff is advised that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity and/or against an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court also screens complaints brought by persons proceeding pro se and in forma pauperis. 28 U.S.C. § 1915(e)(2). Plaintiff's complaint,

1

1  or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a
2  claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is
3  immune from such relief. 28 U.S.C. §§ 1915A(b), 1915(e)(2)(B)(ii). The Court has not yet
4  screened Plaintiff's complaint. As a result, no summons will issue at this time, and any request
5  for a mediator is, at best, premature. The Court will direct the United States Marshal to serve
6  Plaintiff's complaint only after the Court has screened the complaint and determined that it
7  contains cognizable claims for relief against the named defendant(s). The Court will screen
8  Plaintiff's complaint in due course.
9       Based on the foregoing, Plaintiff's request for status and for a mediator (Doc. 8) is
10 DENIED.

IT IS SO ORDERED.

   Dated:  **June 26, 2025**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2