UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALBERT HODGES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONIQUE DELEON,<br><br>　　　　Defendant. | Case No. 1:25-cv-00683-KES-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Docs. 14, 16 |

James Albert Hodges is a state prisoner proceeding pro se and in forma pauperis in this civil action. The complaint has not yet been screened. On October 16, 2025, plaintiff filed a motion for preliminary injunction and requested, among other relief sought, to be released from prison immediately and for damages. Doc. 14.

On October 21, 2025, the assigned magistrate judge issued findings and recommendations to deny the motion for preliminary injunction. Doc. 16. The magistrate judge determined that plaintiff had not met the requirements for injunctive relief. *Id.* at 3. The magistrate judge also indicated that to the extent plaintiff was attempting to challenge his conviction or the validity of his continued confinement, the exclusive method for asserting that challenge was by filing a petition for a writ of habeas corpus. *Id.* The findings and recommendations were served on plaintiff and contained notice that any objections to the findings and recommendations were to be

1

1  filed within fourteen (14) days of service. *Id.* Plaintiff filed objections on November 3, 2025.
2  Doc. 17.
3      In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of
4  this case. Having carefully reviewed the file, the Court concludes that the findings and
5  recommendations are supported by the record and proper analysis. Plaintiff's objections do not
6  provide any basis to modify the magistrate judge's findings and recommendations.
7      Accordingly,
8      1. The findings and recommendations issued on October 21, 2025, Doc. 16, are adopted
9         in full;
10     2. Plaintiff's motion for injunctive relief, Doc. 14, is denied.

IT IS SO ORDERED.

Dated: November 28, 2025

_____
UNITED STATES DISTRICT JUDGE

2