**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES ALBERT HODGES,<br>Plaintiff,<br>v.<br>MONIQUE DELEON,<br>Defendant. | No. 1:25-cv-00683-KES-BAM (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br>Doc. 23 |

James Albert Hodges is state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. At the time of the alleged events, Hodges was a parolee. The magistrate judge screened Hodges' second amended complaint and found that he failed to state a cognizable claim. Doc. 23. Hodges alleged that defendant falsely reported that Hodges bit her while officers were detaining him, but Hodges was convicted of the offense involving biting defendant. *See id.* The magistrate judge determined that Hodges' damages claims were barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), and that this court lacked authority to review and reverse the state court's decision under the *Rooker-Feldman* doctrine. *Id.* at 5-7.

The Court served the findings and recommendations on Hodges with a notice that any objections were to be filed within 14 days. Doc. 23 at 7. Hodges filed objections. Doc. 25.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having

carefully reviewed the matter, including Hodges' objections, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Hodges' objections fail to address the magistrate judge's findings that his sole remedy for challenging the fact of his conviction lies in habeas corpus, and that this damages suit under § 1983 is barred by *Heck* and by the *Rooker-Feldman* doctrine. *See* Doc. 25.

The Court ORDERS:

1. The findings and recommendations issued on July 30, 2026 (Doc. 23) are ADOPTED in full.
2. This action is DISMISSED without prejudice.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 16, 2026

UNITED STATES DISTRICT JUDGE